666 F.2d 1380
 Riley Ray FULTZ and John Stanley Campbell, Plaintiffs-Appellants,
v.
UNITED STATES of America and F.B.I. Agent Alan Beiner,
Defendants-Appellees.
 No. 81-5388
Non-Argument Calendar.
 United States Court of Appeals,
Eleventh Circuit.
 Feb. 1, 1982.
 
 Appeal from the United States District Court for the Northern District of Florida; Lynn C. Higby, Judge.
 Jay W. Burnett, Burnett, Morrow, Seymour & Greene, Houston, Tex., for plaintiffs-appellants.
 K. M. Moore, Asst. U. S. Atty., Tallahassee, Fla., for defendants-appellees.
 Before GODBOLD, Chief Judge, JOHNSON and ANDERSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 The appellants have failed to file a transcript of the evidence as required by FRAP and the Interim Rules of this court. See Interim Rule 14(a)(1).
 
 
 2
 The appeal is DISMISSED.